# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3183

_____

Lee Autry Robinson,                                              *
                                                                 *
                    Appellant,                                   *
                                                                 *
        v.                                                       *
                                                                 *
State of Missouri; Department of                                 *
Mental Health of the State of Missouri;                          *
Central Kansas City Mental Health,                               *
hereafter referred to as CKMHS;          *   Appeal from the United States
Western Missouri Mental Health Center,   *   District Court for the Western
hereafter referred to as WMMHC;          *   District of Missouri.
Marsha Kirk, Executive Director,                                 *
CKMHS; Alan Leake, Director of           *        [UNPUBLISHED]
Programs; Carol Polo, Director of                                *
Relapse Prevention Program (hereafter                            *
referred to as RPP); Karlos Kalu,                                *
Coordinator of RPP; Linda Stewart,                               *
Investigator; Tiffany Crabtree, Social                           *
Worker 5C, WMMHC; Doris Doe,                                     *
Charge Nurse, (Day Shift),                                       *
                                                                 *
                    Appellees.                                   *

_____

Submitted: July 29, 1999
Filed: August 13, 1999

_____

Before BOWMAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

After Central Kansas City Mental Health Services terminated Lee Autry Robinson's employment as a substance abuse counselor, Robinson brought this action against the various defendants, alleging his discharge violated the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213 (1994 & Supp. III 1997); the Family Medical Leave Act, 29 U.S.C. §§ 2601-2654 (1994 & Supp. III 1997); and Robinson's constitutional rights to equal protection and due process. The district court granted the defendants' motion for summary judgment, and Robinson appeals. Having carefully reviewed the record and the parties' briefs, we conclude an extended discussion is not warranted and affirm for the reasons set out in the district court's opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-